Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lydia J. Davis

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LYDIA J. DAVIS,

      Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

      Defendant

) Case No.: 5:16-cv-02328-R-E
)
) {PROPOSED} ORDER AWARDING
) EQUAL ACCESS TO JUSTICE ACT
) ATTORNEY FEES PURSUANT TO
) 28 U.S.C. § 2412(d)
)
)
)
)
)
)
)

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

      IT IS ORDERED that fees and expenses in the amount of $2,800 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: 5/16/17

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Brian C. Shapiro*

4   Brian C. Shapiro
    Attorney for plaintiff Lydia J. Davis

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26